# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2840

_____

| | | |
|---|---|---|
| Larry D. Turner, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Arkansas. |
| | * | |
| Arkansas Mental Health Department, | * | **[UNPUBLISHED]** |
| | * | |
| Appellee. | * | |

_____

Submitted: September 22, 1999
Filed: September 30, 1999

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Larry D. Turner appeals from the district court's[1] 28 U.S.C. § 1915(e)(2)(B) dismissal of his complaint. Having carefully reviewed the record and Turner's brief, we conclude the district court correctly dismissed the complaint because the Arkansas Department of Mental Health, the only named defendant, is immune from suit. Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The HONORABLE JIMM LARRY HENDREN, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the HONORABLE BOBBY E. SHEPHERD, United States Magistrate Judge for the Western District of Arkansas.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.